UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE GIANNINI, | Case Number: CV07-02572 PJH |
| Petitioner, | **CERTIFICATE OF SERVICE** |
| v. | |
| USDC FOR THE CENTRAL DISTRICT OF CA, | |
| Respondent. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louie Giannini K-44657
Avenal State Prison
110-2-47L
P.O. Box 9
Avenal, CA 93204

Dated: June 26, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk