UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


LOUIE GIANNINI,

           Plaintiff,

  v.

USDC FOR THE CENTRAL DISTRICT OF
CA et al,

           Defendants.

_____/

Case Number: CV07-02572 PJH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Louie Giannini K-44657
Avenal State Prison
110-2-47L
P.O. Box 9
Avenal, CA 93204

Dated: July 31, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk