**United States District Court**
For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7   LOUIE GIANNINI,

8          Plaintiff,                          No. C 07-2572 PJH (PR)

9      vs.                                     **JUDGMENT**

10  UNITED STATES DISTRICT COURT
    FOR THE CENTRAL DISTRICT OF
11  CALIFORNIA,

12         Respondent;

13  ALICEMARIE H. STOTLER; VICTOR B.
    KENTON, et al., Magistrate Judge,
14
           Real Parties in Interest.
15  _____/

16
         Pursuant to the order of signed today, a judgment of dismissal without prejudice is
17
    entered against plaintiff and in favor of defendants.
18
         **IT IS SO ORDERED.**
19
    Dated:  July 31, 2007.        _____
20                                      PHYLLIS J. HAMILTON
                                      United States District Judge
21

22

23

24

25

26

27

28  G:\PRO-SE\PJH\CR.07\GIANNINI572.JUD.wpd