UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE GIANNINI,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,<br><br>    Respondent;<br><br>ALICEMARIE H. STOTLER; VICTOR B. KENTON, et al., Magistrate Judge,<br><br>    Real Parties in Interest.<br>_____/ | No. C 07-2572 PJH (PR)<br><br>**JUDGMENT** |

Pursuant to the order of signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED.**

Dated: July 31, 2007.

                                            PHYLLIS J. HAMILTON
                                       United States District Judge

G:\PRO-SE\PJH\CR.07\GIANNINI572.JUD.wpd