UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LOUIE GIANNINI,<br><br>    Plaintiff,<br><br>  v.<br><br>USDC FOR THE CENTRAL DISTRICT OF<br>CA et al,<br><br>    Defendants._____/ | Case Number: CV07-02572 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Louie Giannini K-44657
Avenal State Prison
110-2-47L
P.O. Box 9
Avenal, CA 93204

Dated: July 31, 2007

                                                   Richard W. Wieking, Clerk
                                                   By: Nichole Heuerman, Deputy Clerk